544 U.S. 1059
 VELASCO-ORTEGA
v.
UNITED STATES.
MARTINEZ-GONZALEZ
v.
UNITED STATES.
LUA-GUTIERREZ
v.
UNITED STATES.
MADRIGAL-REFUGIO
v.
UNITED STATES. and
GUERRERO-HERNANDEZ
v.
UNITED STATES.
 No. 04-9844.
 Supreme Court of United States.
 May 31, 2005.
 
 1
 C. A. 9th Cir..
 
 
 2
 Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).